UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 11-23228-CIV-MORENO

KAREN MARTIN, et. al,,

    Plaintiff,

vs.

DOUGLAS BRICENO and ERIC FANTINI,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL AS TO DEFENDANT DOUGLAS BRICENO ONLY AND DENYING PENDING SUMMARY JUDGMENT MOTION AS MOOT

THIS CAUSE came before the Court upon the Joint Stipulation of Dismissal with Prejudice as to Defendant Douglas Briceno Only (**D.E. 81**), filed **May 21, 2014.**

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises.

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs except as provided by the terms of the Settlement Agreement entered into by the parties and approved by ths Court on May 1, 2012. Fed.R.Civ.P. 41(a)(1)(A)(ii). Further, Defendant Briceno's pending Motion for Summary Judgment (**D.E. 76**) is DENIED as MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this 23 day of May, 2014.

                                        FEDERICO A. MORENO
                                        UNITED STATES DISTRICT JUDGE

Copies provided to:
Counsel of Record